COMPLETE DOCUMENT ON
FILE IN CLERK'S OFFICE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

FILED
00 DEC 21 PM 2:47
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Melissa Burriola, et al,       :

    Plaintiffs,           :

        vs.                    :

Greater Toledo YMCA, et al:

    Defendants.           :

No. 3:00 CV 7593

JUDGE CARR

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEPOSITION of | **KATHRYN L. MILEY** |
| DATE OF DEPOSITION: | Tuesday, October 24, 2000 |
| TIME: | 1:50 p.m. |
| PLACE OF DEPOSITION: | Eastman & Smith<br>One SeaGate - 24th Floor<br>Toledo, Ohio |
| REPORTER: | ANN MARIE COSTAIN |

\* \* \* \* \* \* \* \*

**SUPERIOR COURT REPORTING**
520 Madison Avenue - Suite 940
Toledo, Ohio 43604
(419) 241-7417