s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Melissa Burriola, etc., *et al.*, | : | Case No. 3:00CV7593 |
| Plaintiffs, | : | (Hon. James G. Carr) |
| vs. | : | **DEFENDANTS' MOTION FOR** |
| | | **EXTENSION OF TIME TO** |
| Greater Toledo YMCA, *et al.*, | : | **RESPOND TO PLAINTIFFS'** |
| | | **MOTION FOR INTERIM** |
| Defendants. | : | **ATTORNEY'S FEES AND COSTS** |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Defendants move the court for an extension of time until May 23, 2001 within which to respond to plaintiffs' motion for interim attorney's fees and costs.  This request for extension is necessitated by the undersigned counsel's absence from his office due to the recent death of a family member.  This request for extension is made with the consent of plaintiffs' counsel, is not made for

purposes of delay and will enable counsel to discuss the pending motion for attorney's fees and costs with his clients and file the appropriate response.

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ [Robert J. Gilmer, Jr.]
John T. Landwehr (0021711)
    E-MAIL: JTL@EASTSMITH.COM
Robert J. Gilmer, Jr. (0002287)
    E-MAIL: RJG@EASTSMITH.COM
Katharine T. Talbott (0067971)
    E-MAIL: KTalbot@EASTSMITH.COM
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio  43699-0032
Telephone:  (419) 241-6000
Fax:  (419) 247-1777

Attorneys for Defendants

## PROOF OF SERVICE

    This is to certify that a copy of the foregoing Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Interim Attorney's Fees and Costs and proposed Order have been filed electronically and sent by ordinary U.S. mail this  30th  day of April, 2000.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ [Robert J. Gilmer, Jr.]
Attorney for Defendants