s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Melissa Burriola, etc., *et al.*, | : | Case No. 3:00CV7593 |
| Plaintiffs, | : | (Hon. James G. Carr) |
| vs. | : | **ORDER** |
| Greater Toledo YMCA, *et al.*, | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Upon motion of defendants and for good cause shown, it is hereby

ORDERED, that defendants may have until and including May 23, 2001 within which to respond to plaintiffs' motion for interim attorney's fees and costs.

_____
HON. JAMES G. CARR

H:\HOME\JAT\RJG\Burriola\order.wpd