IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Melissa Burriola, et al.,            Case No. 3:00CV7593

       Plaintiff(s)

v.                                                       ORDER

Greater Toledo YMCA,

       Defendant(s)

Status conference was held May 14, 2001. It is hereby

ORDERED THAT:

1. Settlement conference is scheduled July 23, 2001 at 10:30 a.m. Parties are to appear in person with lead trial counsel.

      A. Not later than two weeks prior to any settlement conference the plaintiff(s) shall have made a reasonable, good faith settlement demand on the defendant(s); not later than one week prior to any settlement conference the defendant(s) shall have made a reasonable, good faith offer to plaintiff(s).

      B. One week prior to any settlement conference parties are to submit ex parte narrative settlement statements to the court. Submission may be by mail, fax (419 259-6427), or e-mail (jcarr@ohnd.uscourts.gov). Proceedings re. attorney fee motion held in abeyance pending settlement conference.

2. Proceedings re. attorney fee motion are held in abeyance pending settlement conference.

So ordered.

                                                s/James G. Carr
                                                James G. Carr
                                                United States District Judge