IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Melissa Burriola, etc., et al., | : | Case No. 3:00CV7593 |
| Plaintiffs, | : | (Hon. James G. Carr) |
| vs. | : | **DISMISSAL ORDER** |
| Greater Toledo YMCA, et al., | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(2) and the agreement of the parties dated September 10, 2001, this action is hereby dismissed with prejudice, each party to pay its own costs, attorney's fees and expenses of suit.

s/ James G. Carr
_____
James G. Carr

SO STIPULATED:

_____
Thomas J. Zraik
Attorney for Plaintiffs

_____
Robert J. Gilmer, Jr.
Attorneys for Defendants

H:\HOME\JATillman\RJG\Burriola\dismissal order.wpd